UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID MCNEELY, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF SPARKS, PETER LOESCHNER, KEVIN DACH, CHRIS CRAWFORTH, and DOES I-X,<br><br>      Defendants. | Case No. 3:23-cv-00587-LRH-CLB<br><br>MINUTE ORDER<br><br>February 7, 2024 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:     NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):            NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

      Before the Court is Defendants' motion to withdraw ECF No. 7, which was erroneously identified as an answer to complaint instead of a motion to dismiss. ECF No. 11. Thereafter, on the same date, Defendants properly filed their Motion to Dismiss. *See* ECF No. 10. Good cause appearing,

      IT IS ORDERED that Defendants' motion to withdraw (ECF No. 11) is GRANTED.

      IT IS SO ORDERED.

                                        LARRY R. HICKS<br>                                        UNITED STATES DISTRICT JUDGE