**Wesley K. Duncan, #12362**
Sparks City Attorney
wduncan@cityofsparks.us
**Brittany K. Bishop, #13745**
bbishop@cityofsparks.us
P.O. Box 857
Sparks, Nevada 89432-0857
Tel: (775) 353-2324
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID MCNEELY, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF SPARKS; PETER LOESCHNER; KEVIN DACH; CHRIS CRAWFORTH, and, DOES I-X,<br><br>　　　　　Defendants. | Case No. 3:23-CV-00587-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO STAY DISCOVERY DEADLINES** |

Defendants CITY OF SPARKS, PETER LOESCHNER, KEVIN DACH and CHRIS CRAWFORTH (collectively, "Defendants") and Plaintiff DAVID MCNEELY by and through their respective undersigned counsel, hereby stipulate that the Parties shall stay discovery pending this Court's decision on the Motion to Dismiss filed February 6, 2024, which has been fully briefed.

The Parties further stipulate that if resolution of the Motion to Dismiss does not result in the termination of this case, a discovery plan will be filed within 14 days of the Order resolving the Motion to Dismiss.

This Stipulation is entered into in good faith and not for the purpose of causing undue delay.

DATED this 18th day of March, 2024.　　　　DATED this 18th day of March, 2024

By:　*/s/ Brittany K. Bishop*　　　　　　　By: */s/ Sigal Chattah*
　　　BRITTANY K. BISHOP, ESQ.　　　　　　SIGAL CHATTAH, ESQ.
　　　Sparks City Attorney's Office　　　　　　Chattah Law Group
　　　*Attorney for Defendants*　　　　　　　　*Attorney for Plaintiff*

IT IS SO ORDERED.

Dated this  18th  day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE